IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL J. CAPESIUS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:22-cv-01754 |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY OF EVANSTON | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

**Plaintiffs' Counsel**

Ryan A. Hagerty
Asher, Gittler, & D'Alba, Ltd.
200 West Jackson Blvd
Suite 720
Chicago, Illinois 60606
312-263-1500
rah@ulaw.com

On April 19, 2022, the Defendant CITY OF EVANSTON filed their Appearances in the above-captioned action via the Court's CM/ECF system, a copy of which is hereby served upon you.

NICHOLAS E. CUMMINGS
Corporation Counsel

/s/ Nicholas E. Cummings
Nicholas E. Cummings
Corporation Counsel
City of Evanston Law Department
Morton Civic Center
2100 Ridge Ave
Evanston, IL 60201
(847) 866 - 2937
ncummings@cityofevanston.org

CERTIFICATE OF SERVICE

I hereby certify that I have caused true and correct copies of the above and foregoing Defendant's Appearance with the Clerk of the Court and caused to be served on the Parties of Record via the CM/ECF system on this 19TH DAY OF APRIL, 2022.

/s/ Nicholas E. Cummings
Nicholas E. Cummings
Corporation Counsel
City of Evanston Law Department
Morton Civic Center
2100 Ridge Ave
Evanston, IL 60201
(847) 866 - 2937
ncummings@cityofevanston.org
